**Dismissed and Memorandum Opinion filed July 12, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00985-CV

---

### TEXAS STAR SHUTTLE, TEXAS LONESTAR MEDICAL TRANSPORTATION, YOLANDA CHALFANT, ALEXIS JOE, WILLIAM T. JOE, AND RICHARD ARRIAZOLA, Appellants

### V.

### RICHARD GRICE, RICHARD GRICE, JR., IMPACT FINANCE CORPORATION, AUTOONE INSURANCE, LINCOLN GENERAL INSURANCE COMPANY, PROGRESSIVE INSURANCE COMPANY, BRISTOL WEST INSURANCE SERVICES OF TEXAS, INC. AMERICA MEDICAL RESPONSE, AND S.A.I. AGENCY, Appellees

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2013-53710**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 21, 2015. The clerk's record was filed January 5, 2016. No reporter's record or brief was filed.

On May 24, 2016, this court issued an order stating that unless appellants filed a brief on or before June 24, 2016, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.